UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO:

THOMAS R. JACKSON,                                )
      Plaintiff,                               )
                                   )
VS.                                               )
                                   )
PHILLIP A. TAVARES, MICHAEL J. EGAN,              )
WILLIAM M. BURGER, AND THE TOWN OF                )
MARSHFIELD,                                       )
      Defendants.                              )

## DEFENDANTS' NOTICE OF REMOVAL OF ACTION FROM STATE COURT

Pursuant to 28 U.S.C. §1441(c) and 1446, the Defendants petition for removal of this action to the United States District Court for the District of Massachusetts. As grounds therefore, the Defendants state as follows:

1. On or about August 8, 2017, the Plaintiff filed this suit in the Plymouth Superior Court, Civil Action No. 1783CV00839.

2. On August 28, 2017, the Plaintiff's complaint was served upon the Defendants. Attached as Exhibit A is a copy of the Plaintiff's complaint and summons.

3. In his Complaint, the Plaintiff claims that the Defendants violated his rights pursuant to 42 U.S.C. §1983.

4. Because this matter is an action arising under federal law of which this Court has original jurisdiction, as authorized by 28 U.S.C. §1331, it is subject to removal under 28 U.S.C. §1441(c).

5. This Notice of Removal is being filed within the time period required by law, 28 U.S.C. §1446(b).

*Respectfully submitted*,

The Defendants
By their attorneys,


*/s/ Erica L. Brody*
Erica L. Brody, BBO# 681572
Leonard H. Kesten, BBO# 542042
BRODY, HARDOON, PERKINS & KESTEN, LLP
699 Boylston Street, 12th Floor
Boston, MA 02116
(617) 880-7100
ebrody@bhpklaw.com
lkesten@bhpklaw.com


## CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system and will therefore be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent this day to those participants indicated as non-registered participants.


*/s/ Erica L. Brody*
Erica L. Brody, BBO# 681572

Dated: September 20, 2017